| 1. Person Reporting (last name, first, middle initial)<br><br>Rosenberg, Robin L. | 2. Court or Organization<br><br>United States District Court, Southern District of Florida | 3. Date of Report<br><br>02/26/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States District Judge | 5a. Report Type (check appropriate type)<br><br>☑ Nomination  Date 02/26/2014<br>☐ Initial  ☐ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>02/17/2014 |
| 7. Chambers or Office Address<br><br>Palm Beach County Circuit Courthouse<br>205 North Dixie Hwy<br>West Palm Beach, Florida 33401 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Circuit Judge | Fifteenth Judicial Circuit of Florida |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2012 | State of Florida Judicial Salary | $129,867.64 |
| 2. | 2013 | State of Florida Judicial Salary | $132,062.61 |
| 3. | 2014 | State of Florida Judicial Salary | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Oxbow Carbon LLC - Member compensation and distributions |
| 2. | 2014 | Oxbow Carbon LLC - Member compensation and distributions |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | exempt | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Tuition Management Systems | child's school tuition | K |
| 2. | FACTS | child's school tuition | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

**FINANCIAL DISCLOSURE REPORT**

Page 3 of 6

Name of Person Reporting

Rosenberg, Robin L.

Date of Report

02/26/2014

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | BB&T Account | A | Interest | K | T | Exempt | | | | |
| 2. | AMEX Bank Account | A | Interest | O | T | | | | | |
| 3. | USAA Cash Accounts | A | Int./Div. | O | T | | | | | |
| 4. | Florida Pre-Paid College Plan Blended Equity Portfolio | D | Dividend | K | T | | | | | |
| 5. | USAA Cornerstone Aggressive Strategy Fund | A | Dividend | K | T | | | | | |
| 6. | USAA Cornerstone Moderate Strategy Fund | B | Dividend | L | T | | | | | |
| 7. | USAA Extended Market Fund | A | Dividend | M | T | | | | | |
| 8. | USAA International Stock Fund | A | Dividend | L | T | | | | | |
| 9. | USAA NASDAQ 100 Index Fund | A | Dividend | L | T | | | | | |
| 10. | USAA S&P 500 Index Stock Fund | D | Dividend | N | T | | | | | |
| 11. | USAA Small Cap Stock Fund | A | Dividend | L | T | | | | | |
| 12. | USAA Value Fund | B | Dividend | M | T | | | | | |
| 13. | Vanguard Retirement 2025 Fund | A | Dividend | K | T | | | | | |
| 14. | Florida Ret. (FRS) Select Aggressive Balanced A30 Fund | A | Dividend | M | T | | | | | |
| 15. | Eventus Diagnostics, Inc. | | None | M | W | | | | | |
| 16. | Oxbow Carbon LLC | F | Distribution | P1 | U | | | | | |
| 17. | Florida Retirement (FRS) Moderate Balanced A20 Fund | A | Dividend | L | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
   A =$1,000 or less
   B =$1,001 - $2,500
   C =$2,501 - $5,000
   D =$5,001 - $15,000
   E =$15,001 - $50,000
   F =$50,001 - $100,000
   G =$100,001 - $1,000,000
   H1 =$1,000,001 - $5,000,000
   H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
   J =$15,000 or less
   K =$15,001 - $50,000
   L =$50,001 - $100,000
   M =$100,001 - $250,000
   N =$250,001 - $500,000
   O =$500,001 - $1,000,000
   P1 =$1,000,001 - $5,000,000
   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000
   P4 =More than $50,000,000

3. Value Method Codes: (See Column C2)
   Q =Appraisal
   R =Cost (Real Estate Only)
   S =Assessment
   T =Cash Market
   U =Book Value
   V =Other
   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Rosenberg, Robin L. | 02/26/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

# FINANCIAL DISCLOSURE REPORT
## Page 5 of 6

| Name of Person Reporting | Date of Report |
|---|---|
| Rosenberg, Robin L. | 02/26/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

# FINANCIAL DISCLOSURE REPORT
Page 6 of 6

Name of Person Reporting

Rosenberg, Robin L.

Date of Report

02/26/2014

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Robin L. Rosenberg**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | 1 | 388 | 957 | Notes payable to banks-secured (autos) | | 41 | 713 |
| U.S. Government securities | | | | Notes payable to banks-unsecured | | | |
| Listed securities -- see schedule | 1 | 101 | 558 | Notes payable to relatives | | | |
| Unlisted securities -- see schedule | 1 | 741 | 715 | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable | | | |
| Real estate owned -- personal residence | 2 | 100 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 454 | 000 | Tuition agreements | | 2 | 787 |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
| Florida Retirement System Pension Plan | | 314 | 914 | | | | |
| | | | | | | | |
| | | | | Total liabilities | | 44 | 500 |
| | | | | Net Worth | 7 | 056 | 644 |
| Total Assets | 7 | 101 | 144 | Total liabilities and net worth | 7 | 101 | 144 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | 131 | 000 | | | | |
| Other special debt | | | | | | | |